

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00152-CV

**IN THE INTEREST OF Q.M.C**., A Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00761
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On March 15, 2022, appellant filed an amended notice of appeal stating she was appealing an order of termination "signed on or about March 9, 2022." The clerk's record was filed on March 21, 2022, and it does not include a final order of termination signed by the trial court. This court contacted the district clerk's office and was advised that no order of termination has been signed.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because the clerk's record does not include a final order of termination, it appears there is no final judgment from which appellant may appeal at this time.

Accordingly, we **order** appellant to file a response in this court **by April 7, 2022**, showing cause why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See id.* R. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court